IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL D. STUBBS,
    Plaintiff,

vs.                                     Case No.: 5:07cv172/RS/EMT

SCOTT A. MIDDLEBROOKS, Warden,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Plaintiff's notice of voluntarily dismissal of this civil rights action (*see* Docs. 3, 6). Plaintiff requests dismissal without prejudice.

Rule 41(a)(1) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment. Because Defendant has not been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time. The dismissal will be without prejudice.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's notice of voluntarily dismissal (Doc. 6) be **GRANTED** and this action dismissed without prejudice.

At Pensacola, Florida, this 6th day of August 2007.

                                            */s/ Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**