**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MICHAEL D. STUBBS,

       Petitioner,

vs.                                 CASE NO. 5:07cv172/RS-EMT

SCOTT A. MIDDLEBROOKS, Warden,

       Defendant.

_____/

**ORDER**

    Before me are the Magistrate Judge's Report and Recommendation (Doc. 7) and

Petitioner's Notice Of Voluntarily [sic] Dismissal Without Prejudice (Doc. 6).

    **IT IS ORDERED**:

    1.     The Magistrate Judge's Report and Recommendation is adopted and

         incorporated by reference in this Order.

    2.     This action is dismissed without prejudice.

    3.     The clerk is directed to close the file.

ORDERED on September 7, 2007.

                /S/ Richard Smoak_____
                **RICHARD SMOAK
                UNITED STATES DISTRICT JUDGE**